Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA ELIZABETH RAMSEY,<br><br>Defendant. | No.  6:16-mj-020-MJS<br><br>**MOTION TO DISMISS AND VACATE INITIAL APPEARANCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and to vacate the Initial Appearance currently set for July 19, 2016. The Government reached an alternative resolution with defendant.

Dated:  July 18, 2016          NATIONAL PARK SERVICE


   /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Angela Elizabeth Ramsey,* 6:16-mj-020-MJS, be dismissed, without prejudice, and the Initial Appearance scheduled for July 19, 2016, be vacated.

IT IS SO ORDERED.

Dated:   July 18, 2016               /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

.